FILED
2007 Oct-12 AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AUCTIONEERS, LLC. d/b/a AMERICAN AUCTIONEERS<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: CV-07-PT-1214-M<br>)<br>)<br>)<br>)<br>) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This action is before the court on plaintiff's application for entry of default judgment against defendant American Auctioneers, LLC d/b/a American Auctioneers supported by the affidavit of Kori L. Clement. The court hereby finds and concludes as follows:

1. Defendant American Auctioneers, LLC d/b/a American Auctioneers was duly served with a copy of the summons and complaint, but has failed to answer or otherwise respond within the time allowed by law.

2. Defendant American Auctioneers, LLC d/b/a American Auctioneers, is a corporation formed under the laws of the State of Alabama with its principal place of business in Centre, Alabama.

3. Plaintiff is entitled to entry of a declaratory judgment by default against American Auctioneers, LLC d/b/a American Auctioneers.

A separate order will be entered granting judgment by default.

**DONE** and **ORDERED** this the 12th day of October, 2007.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**